# IN THE SUPREME COURT OF THE STATE OF NEVADA

CONVERGENCE SYSTEMS, INC., A
DOMESTIC CORPORATION,
                    Appellant,
            vs.
ONSITE MAMMOGRAPHY, LLC,
                    Respondent.

No. 78782

FILED

MAR 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Lynne K. Simons, District Judge
       Kintz Law, PLLC
       Viloria, Oliphant, Oster & Aman L.L.P.
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-08299